# IN THE COURT OF APPEALS OF IOWA

No. 21-1528
Filed August 17, 2022

**ROGER RICHARD,**
    Plaintiff-Appellant,

**vs.**

**CITY OF DUBUQUE and CITY OF DUBUQUE HOUSING AND COMMUNITY DEVELOPMENT DEPARTMENT,**
    Defendants-Appellees.
_____

Appeal from the Iowa District Court for Dubuque County, Monica Zrinyi Ackley, Judge.

Roger Richard appeals the denial of his application for permanent injunction. **AFFIRMED.**

Roger Richard, Dubuque, self-represented appellant.

Crenna Brumwell of the City of Dubuque, Dubuque, for appellee.

Considered by Bower, C.J., and Schumacher and Ahlers, JJ.

**AHLERS, Judge.**

The City of Dubuque (City) obtained title to an abandoned property by using procedures under Iowa Code chapter 657A (2021). Roger Richard lived next door to the abandoned property and claimed to have a lease to the garage situated on it. He also claimed not to have received notice of the abandoned-property lawsuit. In an effort to prevent the City from disposing of his personal property in the garage, Richard filed this lawsuit seeking a permanent injunction against the City. The City sought dismissal of the suit, asserting that Richard has an adequate remedy at law, his claim is moot, and he cannot collaterally attack the order issued in the abandonment lawsuit that transferred title to the property to the City. The district court granted the City's request for dismissal. Richard appeals.

We are unable to discern any issue that has been preserved for our review or that has been adequately developed that could provide a pathway to allowing Richard to prevail. Therefore, we find no grounds for reversal and affirm without further opinion. *See* Iowa Ct. R. 21.26(1)(e) (permitting a memorandum opinion when "[a] full opinion would not augment or clarify existing case law").

**AFFIRMED.**